```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PHILIP MORRIS USA, INC.,
                                            MEMORANDUM & ORDER
                Plaintiff,                  10-CV-0273(JS)(WDW)

        -against-

GEORGE JACKSON (a/k/a GEORGE WATKINS),
d/b/a GJ SMOKES; MUHAMMAD A. JACKSON,
d/b/a GJ SMOKES; JAMES WATKINS, d/b/a
GJ SMOKES; and DOES ONE through TEN,
Inclusive,

                Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:      Jennifer Lee Larson, Esq.
                    John C. Ulin, Esq.
                    Kenneth L. Chernof, Esq.
                    Maia Sevilla-Sharon, Esq.
                    Arnold & Porter LLP
                    399 Park Avenue
                    New York, NY 10022

For Defendants
George Jackson:     George Jackson, pro se
                    165 Poospatuck Lane
                    Mastic, NY 11950

Muhammad Jackson:   Muhammad A. Jackson, pro se
                    165 Poospatuck Lane
                    Mastic, NY 11950

James Watkins:      No appearances.
```

SEYBERT, District Judge:

In this Lanham Act case, Plaintiff moved for a default judgment and Magistrate Judge William D. Wall issued a Report and Recommendation ("R&R") recommending that (1) a default judgment be entered; (2) Plaintiff be awarded $200,350; and (3)

a permanent injunction be issued barring Defendants from selling counterfeit Marlboro brand cigarettes and requiring them to cooperate with Plaintiff's future investigations of counterfeit sales at Defendants' retails stores. (See R&R at 7.) The time for objections has passed, and the Court finds Judge Wall's R&R to be thorough, well-reasoned and free from clear error. Accordingly, the Court ADOPTS the R&R in its entirety.

The Clerk of the Court shall enter a default judgment in the amount of $200,350 against Defendants George Jackson, Muhammad A. Jackson and James Watkins, jointly and severally. Additionally, Defendants are hereby permanently enjoined from selling counterfeit Marlboro brand cigarettes, and they shall be required to cooperate with Plaintiff's future investigations of counterfeit cigarette sales at their retail stores. The Clerk of the Court is further directed to mail Defendants copies of this Order and to mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated: September  14 , 2011
       Central Islip, New York